AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>STEFAN RADU CIULEA<br><br>*Defendant(s)* | )<br>)<br>) Case No.  3:19MJ20<br>)<br>)<br>)<br>) |

FILED
JAN 23 2019
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  April 14, 2016 - April 16, 2016  in the county of  Chesterfield and City of Richmond  in the
 Eastern  District of  Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1344 | Bank Fraud (April 14 and 16, 2016): 2 counts |
| 18 U.S.C. § 1028A | Aggravated Identity Theft (April 14 and 16, 2016): 2 counts |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Jeremy D'Errico, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  01/23/2019

/s/
Roderick C. Young
*Judge's signature*
United States Magistrate Judge

City and state:  Richmond, Virginia
*Printed name and title*