UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA :
:
-vs- :
: 5:19 MJ-004
STEFAN RADU CIULEA :
:
Defendant :

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM

TO THE HONORABLE MAGISTRATE JUDGE SAPORITO :

AND NOW the United States of America, by DAVID J. FREED, United States Attorney for the Middle District of Pennsylvania, respectfully states:

1. That there is now pending in this Court a certain criminal case against STEFAN RADU CIULEA.

2. That STEFAN RADU CIULEA is now in the custody of the Warden, Pike County Correctional Facility, Lords Valley, PA.

3. That it is necessary that STEFAN RADU CIULEA is brought to the United States District Court for the Middle District of Pennsylvania, Wilkes Barre, PA on February 4, 2019 at 11:00 AM for an arraignment.

WHEREFORE, it is respectfully requested that the Court issue a writ of habeas corpus ad prosequendum to have STEFAN RADU CIULEA brought to the United States District Court for the Middle District of Pennsylvania, Wilkes Barre, PA on February 4, 2019 at 11:00 AM for an arraignment hearing.

                                                Respectfully submitted,

                                                DAVID J. FREED
                                                United States Attorney

Date: January 30, 2019                /s/ Todd K. Hinkley
                                                TODD K. HINKLEY
                                                Assistant United States Attorney
                                                Office of the U.S. Attorney
                                                Suite 311, 235 North Washington Ave.
                                                Scranton, PA 18501
                                                570-348-2800/FAX (570) 348-1908